478 A.2d 109

Commonwealth v. Campbell, Appellant.

Submitted June 22, 1983. Jeffery P. Shender, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence as to recklessly endangering another person is vacated; in all other respects, judgments of sentence are affirmed.